ORIGINAL

# In the United States Court of Federal Claims

No. 17-1092C
(Filed: October 27, 2017)

```
*******************************
JERRY WAYNE McNEELY,          *
                              *
              Plaintiff,      *
                              *
v.                            *
                              *
THE UNITED STATES,            *
                              *
              Defendant.      *
*******************************
```

FILED

OCT 27 2017

U.S. COURT OF
FEDERAL CLAIMS

## ORDER DISMISSING COMPLAINT

Plaintiff, proceeding pro se, has filed this civil action against the United States of America. To proceed with a civil action in this court, a plaintiff must either pay $400.00 in fees—a $350.00 filing fee plus a $50.00 administrative fee—or request authorization to proceed without prepayment of fees by submitting a signed application to proceed in form pauperis ("IFP"). See 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted his complaint without the filing fees or a completed IFP application. Therefore, on September 7, 2017, the undersigned ordered plaintiff to, within thirty (30) days of the date of this order, either pay the $400.00 in required fees or submit a completed IFP application. Because plaintiff failed to comply with the court's order, this action is hereby **DISMISSED** without prejudice for failure to prosecute under Rule 41 of the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED.**

MARGARET M. SWEENEY
Judge

7017 1450 0000 1346 1802